**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CORDERO,<br><br>    Plaintiff,<br><br>vs.<br><br>K. SANTORO, ET AL,<br><br>    Defendants. | Case No. CV 13-7134-MWF (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: June 17, 2014

                                    MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE